HELEN BOBBEY, as Administratrix of the Estate of FRANK BOBBEY, Deceased, Respondent, *v.* TURNER CONSTRUCTION CORPORATION, Defendant, and C. & A. BRENNINKMEYER, INC., Appellant and Third-Party Plaintiff-Appellant. A. GREENE COMPANY, INC., Third-Party Defendant-Respondent.

Argued January 13, 1955; decided April 14, 1955.

*Benjamin H. Siff* and *William S. O'Connor* for appellant and third-party plaintiff-appellant.

*Bernard Meyerson, Max Jackrel* and *Norman Bard* for respondent.

*Raymond C. Green, Bernard Katzen, Harry Schechter* and *William H. Stieglitz* for third-party defendant-respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.